IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

JAMES ELSINGER, et al.

    Defendants.

ORDER

Case No. 21-cv-562-jdp

---

TITUS HENDERSON,

    Plaintiff,

v.

DYLAN RADTKE, et al.

    Defendants.

ORDER

Case No. 20-cv-598-jdp

---

On December 15, 2021, I entered orders directing plaintiff Titus Henderson submit $1.11 as initial partial payments of the $350.00 fees for filing these cases. Now plaintiff has filed a motion to waive the initial partial filing fee payments. With his motion, plaintiff has provided an information/information request that contains a response written by the business office which says, "Insufficient Funds." It appears that plaintiff presently has no means with which to pay the filing fees or to make the initial partial payments. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fees but will not assess an initial partial filing fees. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for each case for remains plaintiff's obligation. See 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. Plaintiff Titus Henderson's motion to waive the initial partial filing fees in these cases is GRANTED.

2. Plaintiff's motion for sanctions for failure to comply with *in forma pauperis* filing fees is DENIED as moot.

3. No further action will be taken in these cases until the court has screened the complaints as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, separate orders will issue.

Entered this 10th day of January, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge