IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TITUS HENDERSON,

                  Plaintiff,

  v.

C.O. ZITEK, RETZLAFF, ANTHONY MELI,          OPINION and ORDER
ALEXA BONIS, C.O. YANG, JOSHUA GOMM,
SGT. FRITEO, JOHN KIND, A. MATUSHAK,           21-cv-598-jdp
BAUMAN, MEJIHA, SWEIKATOWSKI,
JAY VAN LANEN, ANDREW WICKMAN,
SGT. WYTKER, CO NAVUE, and ALLEN DEGROOT,

                  Defendants.

---

Plaintiff Titus Henderson, appearing pro se, is an inmate at Green Bay Correctional Institution (GBCI). I granted Henderson leave to proceed on claims that GBCI staff violated his constitutional rights in a number of ways in retaliation for him filing inmate grievances and working on prisoner lawsuits. Dkt. 16.

Defendants have filed a motion to dismiss the case or transfer it to the United States District Court for the Eastern District of Wisconsin because the events occurred in the Eastern District and the defendants all reside in the Eastern District. Dkt. 23. Based on defendants' submissions, this court is not a proper venue for this lawsuit. *See* 28 U.S.C. § 1391(b). Henderson did not file a brief opposing the motion or challenging defendants' evidence about the location of events or their residences. Because there isn't a dispute about defendants' residence and the interests of justice are served by transfer to the district where the events at issue occurred rather than dismissal, I will grant defendants' motion to transfer the case. *See* 28 U.S.C. § 1406(a).

ORDER

IT IS ORDERED that defendants' motion to dismiss or transfer the case for improper venue, Dkt. 23, is GRANTED in part. This case is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

Entered August 3, 2022.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge